UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-02382-FWS-PVC | Date | October 29, 2026 |
| Title | Dena Peterson v. Trovata, Inc. et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Rolls Royce Paschal | Not Reported |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The court, having been advised by a Notice of Settlement [18] that this action settled, hereby orders this action dismissed without prejudice. The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

- : -

Initials of Deputy Clerk rrp

cc: